UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-032 |
| v. | : | GRAND JURY ORIGINAL |
| **GEORGE MCKOY,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

**FILED IN OPEN COURT**

**INDICTMENT**

FEB 07 2006

The Grand Jury charges that:

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**COUNT ONE**

On or about January 3, 2006, within the District of Columbia, **GEORGE MCKOY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about January 3, 2006, within the District of Columbia, **GEORGE MCKOY**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.