**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.   06-00032 (HHK)** |
| v. | : | |
| | : | |
| **GEORGE MCKOY** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the United States' Motion to Admit Inextricably Intertwined Evidence and Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Admit Inextricably Intertwined Evidence and Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be and the same is **GRANTED.**

_____
HENRY H. KENNEDY
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Jonathan Jeffress, AFPD