UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  06-00032 (HHK) |
| **v.** : | |
| : | |
| **GEORGE McKOY** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the defendant, George McKoy's, motion to suppress evidence and the United States' opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the defendant, George McKoy's, motion to suppress evidence be and the same is **DENIED.**

_____
THE HON. HENRY H. KENNEDY
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Jonathan Jeffress, AFPD