UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-032 (HHK)** |
| | : | |
| **v.** | : | |
| | : | |
| **GEORGE MCKOY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott, at telephone number (202) 514-7533, and/or email address Michael.Truscott2@usdoj.gov. Assistant United States Attorney Michael T. Truscott will substitute for Assistant United States Attorney Robert J. Feitel as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____

Michael T. Truscott
New York Bar
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533