

U.S. Department of Justice

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 16, 2005

<u>Via Telefax</u>

Jonathan Jeffress
Federal Public Defender
635 Indiana Avenue, N.W., Suite 505
Washington, D.C. 20004

      Re: United States v. George McKoy
           <u>Case No. 06-032 (HHK)</u>

Dear Mr. Jeffress:

      As you know, I was recently assigned to replace Robert Feitel as the attorney of record for the United States in this matter. In transferring the case, Mr. Feitel indicated that you had requested certain discovery and/or documents. The following is a list of the documents, which I understand to have been requested by the defense: the dog's training records, training log, initial training history, veterinarian records, "times alerted versus narcotics discovered, "the times not alerted versus narcotics discovered," handler's records, disciplinary records, and whether the United States Park Police vehicle is this case was equipped with a camera on January 3, 2006. With the exception of documents memorializing that the dog and its handler were appropriately certified on January 3, 2006, it is the government's position that these requests are not permitted by Rule 16 of the Federal Rules of Criminal Procedure. The requests seek documents that are either not in existence in the format contemplated by the request, seek information immaterial to this case, or internal government documents not subject to disclosure. Accordingly, the government is providing the defense with a copy of the K-9 Resume for Jeff Daugherty and the Certificate of Certification, issued on April 2, 2005, for the dog and its handler.

- 2 -

In addition, I am still in the process of determining whether the vehicle was equipped with a camera and will provide that information as soon as I receive it.

          Sincerely,

          KENNETH L. WAINSTEIN
          United States Attorney


          By: _____
          MICHAEL T. TRUSCOTT
          Assistant United States Attorney

encs.