# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 06-032 (HHK)** |
| | ) | |
| **GEORGE MCKOY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of defendant's motion to compel discovery and motion for continuance of the motions hearing, any opposition thereto, and finding good cause shown, it is hereby:

**ORDERED** that the government shall search for the following records and disclose any such records found to defense counsel:  records regarding K-9 Finnegan's training, its training log, its veterinarian records, and a log of the times the dog has alerted versus times narcotics have been discovered; and it is further

**ORDERED** that the hearing on defendant's Motion to Suppress Evidence Taken in Violation of the United States Constitution is hereby continued until

_____, 2006 at _____ am/pm.


_____
The Honorable Henry H. Kennedy

**DATE:**

Copies to:
     Jonathan Jeffress, AFPD
     Michael Truscott, AUSA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
**UNITED STATES OF AMERICA**            )
                                        )
         **v.**                         )        **Crim. No. 06-032 (HHK)**
                                        )
**GEORGE MCKOY,**                       )
                                        )
              **Defendant.**            )
_____)

## ORDER

       Upon consideration of defendant's motion to compel discovery and motion for

continuance of the motions hearing, any opposition thereto, and finding good cause shown, it is

hereby:

       **ORDERED** that the government shall search for the following records and disclose any

such records found to defense counsel:  records regarding K-9 Finnegan's training, its training

log, its veterinarian records, and a log of the times the dog has alerted versus times narcotics have

been discovered; and it is further

       **ORDERED** that the hearing on defendant's Motion to Suppress Evidence Taken in

Violation of the United States Constitution is hereby continued until

_____, 2006 at _____ am/pm.


                                        _____
                                        The Honorable Henry H. Kennedy

**DATE:**

Copies to:
      Jonathan Jeffress, AFPD
      Michael Truscott, AUSA