IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-032 (HHK) |
| GEORGE MCKOY, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING**

Defendant, George McKoy, through undersigned counsel, respectfully submits the attached materials in connection with his Motion to Compel and for Continuance. The attached materials are: (1) the C.V. of Dr. Lawrence Myers; and; (2) a Declaration submitted by Dr. Myers in support of defendant's motion to compel.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500