UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 06-032 (HHK) |
| ) | |
| **GEORGE MCKOY,** ) | |
| ) | |
| **Defendant.** ) | |

**DECLARATION OF DR. LAWRENCE J. MYERS**

I, Dr. Lawrence Myers, declare the following:

1.     I have reviewed the letter and attached materials from the United States Attorney's Office delivered to defense counsel for Mr. McKoy on June 16, 2006.

2.     The lack of training and use records for the dog, Finnegan, used in this case is disturbing. While the listing of past certifications and seminar attendance is somewhat useful in determining that the dog and handler are, indeed, active, it does not provide the information required to offer an analysis of the reliability and appropriateness of use of this dog-handler team.

3.     In order to effectively evaluate the qualifications of this team, it is necessary to examine the initial training records of the dog, the maintenance training records of the dog and handler, any record indicating ratio of alerts to seizures of drugs, and the veterinary records of the dog.

4.     The foregoing is submitted under penalty of perjury, June 28, 2006 at Auburn, AL.

_____/S/_____
Dr. Lawrence J. Myers