UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO.  06-032 (HHK) |
| : | |
| : | MOTIONS HEARING: August 9, 2006 |
| GEORGE MCKOY, : | |
| : | |
| Defendant. : | |
| _____ : | |

### UNITED STATES' MOTION TO CHANGE
### HEARING DATE FOR SUPPRESSION MOTION

COMES NOW, the United States of America, by and through the undersigned attorneys, and hereby moves the Court for an order changing the date of the suppression hearing in this case.  In support of this motion, the United States would show the following:

1. The defendant was indicted on the charges of Possession With the Intent to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)1) and 841(b)(1)(A)(iii), as well as Simple Possession of Marijuana, in violation of 21 U.S.C. § 844(a).  These charges arise out of events that occurred on January 3, 2006.

2. On or about April 3, 2006, the Defendant George McKoy's Motion to Suppress Evidence Seized In Violation of the United States Constitution (Motion to Suppress).  In turn, the United States' Opposition to Defendant's Motion to Suppress Evidence was filed on April 12, 2006.  The hearing on this motion was scheduled for June 29, 2006.  However, on June 28, 2006, the defense filed a motion for a continuance in order to seek additional documents in support of the motion to suppress.

3. With the agreement of the attorneys for both sides, the Court granted the motion to

continue on June 29th and rescheduled the hearing for August 9, 2006.

4. When counsel for the United States returned to his office, he contacted all of the officers needed for the suppression hearing to confirm their availability on August 9, 2006. The officer that stopped the defendant, Jason Omo, informed government counsel that he is on leave from August 9th until August 13th.

5. The undersigned contacted defense counsel about a continuance. While the defendant did not oppose a continuance, defense counsel advises that he is scheduled to begin a two week trial on August 14th. Therefore, there is a scheduling conflict and the United States respectfully requests that the Court reschedule suppression hearing for the week of August 1st through August 4th. In the alternative, both counsel have indicated that they are available in September.

## CONCLUSION

Therefore, upon the foregoing facts and the authorities cited, the United States respectfully requests that the Court reschedule the suppression hearing for a new date in either early August or some time in September.

    Respectfully,
    KENNETH L. WAINSTEIN
    United States Attorney

    By: _____
    MICHAEL T. TRUSCOTT
    ASSISTANT UNITED STATES ATTORNEY
    Member of the New York Bar
    Federal Major Crimes Section
    United States Attorney's Office
    555 Fourth Street, N.W., Room 4237
    Washington, D.C. 20530
    Phone: (202) 514-7533
    Fax: (202) 514-6010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Motion to Change Hearing Dtae for Suppression Motion was caused to be served via United States Mail, postage prepaid, upon counsel of record for the defendants, this 30th day of June, 2006, upon:

Jonathan Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

MICHAEL T. TRUSCOTT