Lawrence J. Myers

217 Greene Hall

Auburn University, AL 36849

(334) 844-5304

E-mail: myerslj@vetmed.auburn.edu

## 1. Education:

| Institution | Degree | Major | Date Awarded |
|---|---|---|---|
| Mississippi State University | D.V.M. | Veterinary Medicine | 1981 |
| Oklahoma State University | Ph.D. | Neurophysiology | 1981 |
| Oklahoma State University | M.S. | Zoology/Ethology | 1977 |
| Oklahoma State University | B.S. | Wildlife Ecology | 1972 |

## 2. Professional Experience:

Auburn University, Director, Institute for Biological Detection Systems, 1989-1995.

Auburn University, Associate Professor, Department of Physiology and Pharmacology, College of Veterinary Medicine, 1992-present

Auburn University, Assistant Professor, Department of Physiology and Pharmacology, College of Veterinary Medicine, 1982-1992.

Mississippi State University, Resident, College of Veterinary Medicine, 1978-1981.

3. *Honors,  awards, panels, and board memberships.*

Chairman and Host, Fourth National Detector Dog Conference, Auburn, AL, 2005

Pfizer Award for Research Excellence, College of Veterinary Medicine, Auburn, 2003.

Panelist, National Academies of Science, Biotechnology Applications for Improving the Detection Capabilities of Canines, Washington, DC, 2003

Co-chairman and Co-Host, Third National Detector Dog Conference, Miami Beach, FL, 2003.

Executive Board and Historian, Omega Tau Sigma (veterinary professional fraternity), 2001- present.

Co-chairman and Co-Host, Second National Detector Dog Conference, Miami Beach, FL, 2001.

Co-Chairman, Military Working Dog Breeding Program Conference, 2000.

Chairman and Host, First National Detector Dog Conference, Auburn, AL, 1998.

Board of Directors, International Forensic Research Institute, 1997-present.

Chairman, Biological Methods of Detection, technologies in Assistance to Law Enforcement, Boston, 1996.

Co-chairman, 4th Annual FAA Canine Conference, Atlanta Georgia, 1996.

Moderator, US Army Future Technologies Institute Biotechnology Workshop, US Army War College, 1996.

Member, 921 Committee Task Force on the Use of Dogs and Instruments for Investigation of Potential Arsons, 1995.

Steering Committee, Noninvasive Inspection Technologies Working Group, SPIE, 1993-1995.

Board of Directors, California Narcotic Canine Association, 1993- 2001.

Chairman, Real-Time, Noninvasive, Detection Technologies meeting, Innsbruck, Austria, 1993.

Board of Directors, Canine Accelerant Detection Association, 1993-2001.

Adjunct faculty appointment, Department of Psychology, Auburn University, 1991 -1996.

Panelist, Animals in Society, Tufts University School of Veterinary Medicine, PEW Foundation Grant, 1991.

Panelist, NASA Bionics program, 1990.

Board of Research Advisers, Environmental Research Center, University of Nevada - Las Vegas, 1990-1996.

Director, Institute for Biological Detection Systems, 1989-1995.

Panelist, US Senate Commerce Committee, Explosives detection. 1989.

Panelist/Witness, US Senate Judiciary Committee, Drugs in Society. 1989.

Executive Board. American Veterinary Neurology Association, 1989-1991.

Program Committee, American College of Veterinary Internal Medicine Forum, 1987- 1988.
President, American Veterinary Neurology Association, 1987-1989

Panelist, DOD Science Board Study, Detection of concealed drugs and terrorist devices, 1987.

Panelist, Department of the Army: Use of animals to detect land mines, 1984.

Acting director, Veterinary electrodiagnostics service, College of Veterinary Medicine, Auburn University, 1983.

Phi Zeta, (Honor society of Veterinary Medicine) 1982-present.

Graduate Excellence In Research Award, Oklahoma State University, 1974.

James Scholar, University of Illinois, 1968.

National Merit Finalist, 1967.

*4. Teaching*

    *A.    Courses taught:*

        Neurophysiology (Professional course)
        Neuroscience (Graduate course)
        Research and thesis (Graduate course)

Ethology (Professional course)

Pharmacology I and II (Professional courses)

Experimental surgery (Graduate course)

Medical physiology I and II (Graduate courses)

Applied Animal Behavior (Professional course)

Diagnostic problem solving (Professional course)

Human Odyssey (Undergraduate course)

*B. Graduate students- Work Completed:*

Kristen Clarke, PhD, 2005

Deepa Srikumar- MS, 2005

Allison Jennart- MS, 2004

Eric Altom, PhD, 1999. Currently a research scientist at IAMS Company

Paul Waggoner, M.S., 1996. Currently Director, CDRI

Vishnu Supurinam, Ph.D., 1994. Currently Associate Professor, Auburn University, College of Pharmacy.

Akinsegun Aldtunde, Ph.D., 1993. Position unknown.

Patrick Ezeh, Ph.D. awarded 1991. Completed a postdoctoral fellowship at Emory University and at Northwestern University.

Gail Heavner (nee' Trezinski), M.S. awarded 1989. Current position: veterinarian in practice.

Joan Kerr, Ph.D., 1987. Position unknown.

Kim May, M.S. awarded 1986. Last known position research scientist, Proctor and Gamble

Andrew Shores, Ph.D. awarded 1986. Later an associate professor, College of Veterinary Medicine, Mississippi State University and Michigan State University.

John Crowe, M.S. awarded 1986. Completed M.D./ Ph.D. University of South Alabama

Renee Nash, M.S. awarded 1984. Received D.V.M. Currently in practice.

*C. Graduate Students- Current*

Angelo Karavalos, Ph.D.

*D. Courses and Curricula Developed*

Applied Animal Behavior

Neuroscience (graduate and professional)

Selected Readings in Veterinary Medicine

Cell Physiology and Neuroscience

Ethology

Advanced Veterinary Applications, Sensory Evaluation

Animals in Society. A curriculum developed under Pew Foundation
auspices.

5.    *Research Creative Work*

*A. Book chapters:*

Lauridson, JR; Myers, LJ: Evaluation of fatal dog bites: The view of the
Medical Examiner and Animal Behaviorist—A Case Report, pp: 325-332,
in *Animal Law And Dog Behavior*, Favre, DF and Borchelt, PL (eds),
Lawyers & Judges Publishing Co., Inc., Tucson, AZ, 1999.

Strain, G & Myers, LJ: Hearing, pp. 852-864, in D*uke's Textbook of
Animal Physiology*, 12th ed., W.O. Reese (ed), 2004.

Myers, LJ & Coulter, DB: Smell, pp. 865-870, in *Duke's Textbook of Animal Physiology,* 12th ed., W.O. Reese (ed), 2004.

Myers, LJ & Coulter, DB: Vision, pp. 843-851, in *Duke's Textbook of Animal Physiology*, 12th ed., W.O. Reese (ed), 2004.

Redding, Richard W; Myers, Lawrence **J**: Evoked Responses, pp. 168-177 *in: Veterinary Neurology,* Oliver, **J** and Hoerlein, B F (ed.), W.B. Saunders Co., Philadelphia, 1987.

*B. Government reports:*

Between 1989 and 1996, over 40 reports and additional data for publication were generated in fulfillment of contractual requirements. All are not to be published.

*C. Articles:*

Shelby, RA, Myers, LJ, Schrader, KK, Klesius, PH: Detection of off-flavour in channel catfish (*Ictalurus punctatus* Rafinesque) fillets by trained dogs. *Aquaculture Research*: 37: 299-301, 2006.

Shelby, RA, Schrader, KK, Tucker, A, Klesius, PH, and Myers, LJ: Detection of catfish off-flavour compounds by trained dogs. Aquaculture Research 35: 888-892, 2004.

Rudolph, JK, Myers, LJ: Barking: Why it occurs and the ways of control. *Veterinary Forum, March, 2004.*

Altom, E, Cummins, KE, Davenport, G, and Myers, LJ: Effect of dietary fat source and exercise on odorant- detecting ability of canine. Research in Veterinary Science 75:149-155, 2003.

Furton, KG, Myers, LJ: The scientific foundations and efficacy of the use of canines as chemical detectors for explosives. Talanta 54(3): 487-500, 2001.

Pathirana, S, Myers, LJ, Vodyanoy, V, Neely, WC: Assembly of cadmium stearate and valinomycin molecules assists completing of K' in mixed Langmuir-Blodgett films. *Supramolecular Science* 3: 245-248, 1996.

Hartell, M. G., Myers, L. J., Waggoner, L. P., Kuhlman, M.; Hallowell, S. F., Petrousky, J. A.: Design and testing of a quantitative vapor delivery system. *Proceedings of the 5h International Symposium on the Analysis and Detection of Explosives.* Washington, D.C.: Bureau of Alcohol. Tobacco, & Firearms. 1995

Johnston, J.M., Waggoner, L. P., M. Williams, J.M. Jackson, M.L. Jones, L.J. Myers, Hallowell, S.F., Petrousky, J.A., Deso, W. Canine olfactory capability for detecting smokeless powder. Washington, D.C.: Bureau of Alcohol, Tobacco, and Firearms. *Proceedings of the 5h International Symposium on the analysis and detection of explosives, 1998*

Johnston, JM, Myers, LJ, Waggoner, P, Williams, M: Determination of canine olfactory thresholds using operant laboratory methods. *Substance Detection Systems* 2092:238-242. 1994.

Lauridson, JR, Myers, LJ: Evaluation of fatal dog bites: The view of the medical examiner and animal behaviorist. *Journal of Forensic Science,* 38: 726-731, 1993.

Kamel, MM, Myers, LJ, Cummins, KA: Influence of dietary fiber on maternal behaviour in rabbits. Veterinary Medical Journal Giza. 41: 3, 23-29, 1993.

Wu, C S, Myers, Lawrence J, Worley, S David: A semi empirical SCF MO study of the interaction of odorant molecules with a biological substrate. *International Journal of Quantum Chemistry,* 44: 549-563, 1992.

Pathirana, Suram, Neely, William C, Myers, Lawrence J, Vodyanoy, Vitaly: Interaction of valinomycin and stearic acid in monolayers. *Langmuir,* 8: 1984-1987, 1992.

Pathirana, Suram, Neely, William C, Myers, Lawrence J, Vodyanoy, Vitaly: Chiral recognition of odorants (+) and (-)-carvone by phospholipid monolayers, *Journal of the American Chemical Society,* 114: 1404-1405, 1992.

Sorjonen, Donald, Thomas, William B, Myers, Lawrence J, Cox, Nancy R: Radical cerebral cortical resection in dogs. *Progress in Veterinary Neurology, 2(4):* 225-236, 1991.

Myers, Lawrence J.: Use of innate behaviors to evaluate sensory function in the dog, pp. 389-399 in: *Advances in Companion Animal Behavior (Veterinary Clinics of North* America, Vol. 21 (2). 1991.

Ezeh, Patrick I, Myers, Lawrence J, Hanrahan, Lynn A, Kemppainen, Robert J, Cummins, Keith A: Effects of steroids on the olfactory function of the dog. *Physiology and Behavior,* 51: 1183-1187, 1992.

Myers, Lawrence J.: The dog-handler team as a detection system for

explosives: A tail to be told. *SPIE Proceedings: Critical Reviews of Optical Scienceand Technology,* CR42: 92-103, 1992.

Lee, Tamara P, Myers, Lawrence J: Document delivery at a veterinary medical library: A one-year study of use patterns. *Collection Management,* 16(2): 75-92, 1992.

Ezeh, Patrick I, Myers, Lawrence J, Cummins, Keith A, Whitley, Richard D: Functional visual acuity of the dog as assessed by an optokinetic device. *Progress in Veterinary Neurology.* 1(4): 427-432, 1990.

Myers, Lawrence J: Dysosmia of the dog in clinical veterinary medicine. *Progress in Veterinary Neurology, 1:* 171-179, 1990.

Ezeh, Patrick I, Myers, Lawrence J: Functional visual acuity in the dog: Development and use of the refined optokinetic technique. *Proceedings of Seventh Annual Veterinary Medical Forum.* 631-634, 1989.

Myers, Lawrence J, Hanrahan, Lynn A, Swango, Larry J; Nusbaum, Ken E: Anosmia associated with canine distemper. *American Journal of Veterinary Research,* 49:1295-1297,1988.

Myers, Lawrence J, Nusbaum, Ken E, Swango, L J; Hanrahan, Lynn A, Sartin, Eva: Dysfunction of the sense of smell caused by canine parainfluenza virus infection in dogs. *American Journal of Veterinary Research,* 49:189-190, 1988.

Simpson, Steven T, Myers, Lawrence J: Dysosmia caused by encephalitis. A*merican Journal of Veterinary Medicine,* 191:1593,

1987.

May, Kim, Myers, Lawrence J, Buxton, Donald F: Association of anosmia with anorexia in the cat. *Annals of the New York Academy Science.* 510:480-482, 1987.

Myers, Lawrence J, Boddie, Randy, May, Kim: Electrophysiological and innate behavioral responses of the dog to intravenous application of sweet compounds. *Annals of the New York Academy Science,* 510:519-520, 1987.

Myers, Lawrence J, Hanrahan, Lynn A: Olfactory function and dysfunction in the dog. *Proceedings of the Veterinary Internal Medicine Forum* 5:851-858, 1987.

Myers, Lawrence J: New techniques to evaluate sensory function in the dog. *Proceedings of the Veterinary Internal Medicine Forum* 5:281-284, 1987.

Myers, Lawrence J: Olfactory function and dysfunction in dogs and cats. (Hundens luktesans. *Dyr og Mennesker I Fokus 1:* 101-103, 1987.

Myers, Lawrence J: Sensory function of the dog and cat. (Husdyrenes sanser.) *Dyr Og Mennesker I Fokus* 1:95-97, 1987.

Myers, Lawrence J, Redding, Richard W; Wilson, Sharon: Abnormalities of the brainstem auditory evoked response of the dog associated with equilibrium deficit and seizure. *Veterinary Research Communications,* 10:73-78, 1986.

Myers, Lawrence J, Redding, Richard W; Wilson, Sharon: Reference values of the brainstem auditory evoked response of the dog. *Veterinary Research Communications,* 9:289-294,1985.

Myers, Lawrence J, Pugh, Ross: Thresholds of the dog for detection of inhaled eugenol and benzaldehyde determined by electroencephalographic and behavioral olfactometry. *American Journal of Veterinary Research* 46:2409-2412, 1985.

Myers, Lawrence J, Nash, Renee, Elledge, Holly S: Electro-olfactography: A technique with potential for diagnosis of anosmia in the dog. *American Journal of Veterinary Research* 45: 2296-2298, 1984.

Myers, Lawrence J, Jennings, David P: Effects of intra-jugular hypertonic saline, vaginal distention and vulvar massage on activity of supraoptic neuroendocrine cells. *Brain Research* 326: 366-369, 1984.

*D. Abstracts:*

Shelby, RA, Schrader, KK, Tucker, A, Klesius, PH, Myers, LJ: Using trained fogs to detect musty/earthy off-flavor in pond water. Proceedings of the catfish processors conference Oct 21-24, 2003 Starkville, MS, 2003.

Elstein, David. 2004 .Training dogs to smell off-flavor in catfish. Agricultural Research. USDA-ARS . April, 2004. p. 10-11, 2003.

Altom, E, Cummins, KA, Myers, LJ, Davenport, GM, Gore, AM: Endocrine responses to the dietary fat and physical conditioning in canine athletes during treadmill exercise. *Purina Nutrition*

*Forum,*1998.

Callahan, H.M., Head, E., Adam, G.E., Sutherland, R.J., Muggenberg, B.A., Myers, L.J., Cotman, C.W., & Milgram, N.W. Object recognition memory in the dog. Neuroscience Abstracts, 23, 1597, 1997.

Sinnarajah, S, Ezeh, PI, Pathirana, S, Myers, LJ, Vodyanoy, V: Odorant sensitive adenylyl cyclase is functionally inhibited by odorant in presence of forskolin. *Society for Neuroscience Abstracts,* 1996.

Pathirana, S, Neely, WC, Myers, LJ, Vodyanoy, V: *International Symposium on Micelles, Microemulsions and Monolayers,* 1996.

Hartell, MG, Myers, IJ, Waggoner, P, Kuhlman, M, Hallowell, SF, Petrousky, JA: Olfactometry: Theory and Operation.

Myers, Lawrence J., Worley, S. David, Tsao, T.: Detection of cocaine HCl off different purities and of methylbenzoate by dogs. *Proceedings of the American Academy of Forensic Sciences* 44: 120, 1992.

Lauridson, James R., Myers, Lawrence J.: Evaluation of fatal dog bites. *Proceedings of the American Academy of Forensic Sciences* 44: 155, 1992.

Pathirana, Suram, Neely, William C, Eckert, Karen, Giacomino, Lynne, Ransone, Sheila, Myers, Lawrence J, Vodyanoy, Vitaly. Surface properties 6f valinomycin-stearic acid monolayers. *Biophysical Society Proceedings, 1991.*

Vodyanoy, Vitaly, Pathirana, Suram, Myers, Lawrence J, Neely, William C: Molecular recognition of optical isomers (+)- and (-)-carvone by phospholipid monolayers. *Biophysical Journal* 59: 636a, 1991.

Cummins, Keith A, Myers, Lawrence J: Effect of olfactory masking with anise oil on aggressive behavior and milk production in cows. *Journal of Dairy Science, 1990.*

Ezeh, Patrick 1, Myers, Lawrence **J:** Preliminary studies on the effect of steroids on olfactory function of the dog. *Chemical Senses,* 14:698, 1989.

Myers, Lawrence J: Elimination patterns of dogs in three types of confinement. *Proceedings of the American Veterinary Society for Animal Behavior,* 1988.

Myers, Lawrence J, Ezeh, Patrick 1: Visual acuity of the dog measured by optokinetic technique: A preliminary estimate. *Proceedings of the American Veterinary Neurology Association, 1998.*

Cummins, Keith **A,** Myers, Lawrence **J:** Effect of visual and olfactory alterations on social behavior of lactating dairy cows. *Journal of Dairy Science 71* (Supplement 1): 189, 1989.

Hanrahan, Lynn A; Myers, Lawrence J; Swango, Larry J: Olfactory lesions associated with canine distemper: A preliminary study. *Proceedings of the Animal Disease Research Workers of the Southern States, 1987.*

May, Kim; Myers, Lawrence **J;** Buxton, Donald F: The association of anosmia with anorexia in the cat. *Chemical Senses* 11:635, 1986.

Myers, Lawrence J; Boddie, R; May, K: Electrophysiological and innate behavioral responses of the dog to intravenous application of sweet compounds. *Chemical Senses* 11:643-644, 1986.

Myers, Lawrence J; Hanrahan, Lynn A; Nusbaum, Ken E; Swango, Larry J: Evaluation of canine olfactory function in health and disease by innate behavioral and electrophysiological techniques. *Chemical Senses,* 10:411, 1985.

Myers, Lawrence J: Development of new techniques for evaluation of olfactory function in the canine. *Journal of the Alabama Academy of Science,* 55:222, 1984.

Myers, Lawrence J: Techniques for neurological examination of the olfactory system of the dog. *Proceedings of the American Veterinary Neurology Association, 1984.*

*E. Invited presentations to scientific meetings*

The Trained Detection Dog: Old Tool/New Challenges, 4th National Detector    Dog Conference, Auburn, 2005

The prospects for the use of trained dogs to locate significant agricultural

pests and pathogens, USDA Canine conference, Orlando, 2004.

The Compleat Detector Dog, State Farm Accelerant Dog Conference, Tampa, 2004.

Computer assisted motion analysis of search patterns of trained detector dogs, International Working Dog Breeding Conference, San Antonio, 2003.

Analysis and modification of behavior in the working dog, Auburn Sports Medicine Conference, Auburn, AL, 2003.

Animal Behavior: A Primer, Alabama Animal Control Officers Conference, Auburn, AL, 2001-2003

Overview of Major Principles of Behavior in the Dog and the Cat, Alabama Veterinary Association, Gulf Shores, AL, 2003.

Behavioral Case Studies: When to Treat and When to Refer, Alabama Veterinary Association, Gulf Shores, AL, 2003.

Dental tartar associated with hyposmia in beagles, International Working Dog Breeding Conference, San Antonio, 2003

Using trained dogs to detect musty-earthy off-flavor in pond water, Southeastern Catfish Farming Conference, 2003.

Myers, Lawrence J: Conditions causing abnormalities of the sense of smell, First National Detector Dog Conference, Auburn, AL 1998.

Myers, Lawrence J: Strengths and Weaknesses of the Detector Dog.

Gordon Conference on Substance Detection, Oxford, England, 1997.

Myers, Lawrence J: Review of potential problems with detector dogs, FAA Canine Conference, Atlanta, GA, 1996.

Myers, Lawrence J: Issues on the sensory function of detector dogs, FAA Canine Conference, Birmingham, AL, 1994.

Myers, Lawrence J: The dog-handler team: An old technology on the leading edge. Contraband and Cargo Inspection Technology International Symposium, Washington, DC, 1992.

Lauridson, James R., Myers, Lawrence **J.:** Evaluation of fatal dog bites. *Proceedings of the American Academy of Forensic Sciences* 44: 155, 1992.

Myers, Lawrence J.: The dog-handler team as a detection system for explosives: A tail to be told. *SPIE. - Critical Reviews of Technology,* San Diego, CA, 1992.

Myers, Lawrence J., Worley, S. David, Tsao, T.: Detection of cocaine HCl off different purities and of methylbenzoate by dogs. *Proceedings of the American Academy of Forensic Sciences* 44: 120, 1992.

Myers, Lawrence J: The dog-handler team as detectors of concealed explosives. International Association of Bomb Technicians and Investigators, Los Angeles, CA, 1991.

Myers, Lawrence J: Use of dogs in detection: Sensory cues and sensory capabilities. Forensic Animal Behavior/ Animal Behavior Society, Wilmington, NC, 1991.

Lauridson, James, Myers, Lawrence **J.**: Evaluation of a fatal dog bite: Views of a medical examiner and a behaviorist. Forensic Animal Behavior/ Animal Behavior Society, Wilmington, NC, 1991.

Myers, Lawrence J: Potential of biosensors for detection of explosive devices. First International Symposium on Explosive Detection Technology, 1991. Cherry Hill, NJ, 1991.

Vodyanoy, Vitaly, Pathirana, Suram, Myers, Lawrence J, Neely, William C: Molecular recognition of optical isomers (+)- and (-)-carvone by phospholipid monolayers. American Biophysical Society, 1990.

Myers, Lawrence J: An overview of the prospects for biosensor research and development. Office of Naval Research meeting, Washington, DC, 1990.

Ezeh, Patrick 1, Myers, Lawrence J: Functional visual acuity in the dog: Development and use of the refined optokinetic technique. Seventh Annual Veterinary Medical Forum, San Diego, CA, 1989.

Ezeh, Patrick I; Myers, 12wrence J: Preliminary studies on the effect of steroids on olfactory function of the dog. Association of Chemoreception Sciences, Sarasota, FL. 1989.

Myers, Lawrence J: Elimination patterns of dogs in three types of confinement. American Veterinary Society for Animal Behavior, Portland, OR. 1988.

Myers, Lawrence **J,** Ezeh, Patrick 1: Visual acuity of the dog measured by optokinetic technique: A preliminary estimate. American Veterinary

Neurology Association, Portland, OR. 1988.

Hanrahan, Lynn A; Myers, Lawrence J; Swango, Larry J: Olfactory function and dysfunction in the dog.  First International Canine Symposium, Monterrey, Mexico. 1987.

Myers, Lawrence J: New techniques to evaluate sensory function in the dog.  American College of Veterinary Internal Medicine Forum, San Diego, CA, 1987.

Myers, Lawrence J; Hanrahan, Lynn A: Olfactory function and dysfunction in the dog.  American College of Veterinary Internal Medicine Forum, San Diego, CA, 1987.

Myers, Lawrence J: Special sensory function in the dog.  Symposium: The Dog in Service to Humanity, Geilo, Norway. 1987.

Myers, Lawrence J: Olfaction in dogs.  Symposium: The Dog in Service to Humanity, Geilo, Norway. 1987.

Myers, Lawrence J; Boddie, Randy; May, Kim: Electrophysiological and innate behavioral responses of the dog to intravenous application of sweet compounds.  Association for Chemoreception Sciences/ International Symposium for Olfaction and Taste, Snowmass, CO. 1986.

Myers, Lawrence J: Olfactory function and dysfunction in dogs and cats. Symposium: Pets and People in Focus, Oslo, Norway. 1986.

Myers, Lawrence J: Sensory function of the dog and cat.  Symposium: Pets And People In Focus, Oslo, Norway. 1986.

May, Kim; Myers, Lawrence J; Buxton, Donald F: Association of anosmia with anorexia in the cat. Association for Chemoreception Sciences/ International Symposium for Olfaction and Taste, Snowmass, CO. 1986.

Myers, Lawrence J: Utilization of species-typical behaviors for evaluation of sensory function in the dog. Animal Behavior Society, Raleigh, NC. 1985.

Myers, Lawrence J; Hanrahan, Lynn A; Nusbaum, K E; Swango, L J: Evaluation of canine olfactory function in health and disease by innate behavioral and electrophysiological techniques. Association for Chemoreception Sciences, Sarasota, Fl. 1985.

Myers, Lawrence J: Techniques for neurological examination of the olfactory system of the dog. American Veterinary Neurology Association, New Orleans, LA. 1984.

Myers, Lawrence J: Development of new techniques for evaluation of olfactory function in the canine. Alabama Academy of Science, Mobile, AL. 1984.

Nash, Renee A; Redding, Richard W; Myers, Lawrence J: Reference values for the somatosensory evoked response in cats. Animal Disease Research Workers of the Southern States, Auburn, AL. 1983.

Myers, Lawrence J: Development of the canine electroolfactogram. Animal Disease Research Workers of the Southern States, Auburn, AL. 1983.

6. *Other Professional Contributions:*

    A. *Selected consulting and panel activities not previously listed:*

        Department of Defence, 2004-present.

        Concurrent Technologies Corporation, 2004-present.

        USDA, 2001-present.

        Expert witness, County of Los Angeles and City of San Diego dealing with use of dogs to identify suspects 2001-present.

        Consultant to State of Georgia (Attoney General, Case law and legislation regarding use of dogs as detectors), 2000.

        State of California (Attorney General, Case law regarding use of dogs as detectors), 2000.

        State of Florida (Attorney General, Case law and legislation regarding use of  dogs as detectors), 2000.

        State of Connecticut (State Police, Deployment and use of detector dogs-training programs), 2000.

        Consultant, State Department, Division of Counterterrorism Assistance, 1991-1993.

        Consultant to Department of Transportation (Intelligence & Security), 1991.

Consultant to Vapor Sciences, Inc., 1990-1993.

Consultant, Office of National Drug Policy Control, 1990-1992.

Consultant, Military Working Dog group, 1990.

Consultant, US Air Force, 1990.

Consultant, FAA, 1990-1993.

Consultant, US Treasury Dept., 1990-1996.

Consultant to FDA, 1989.

Consultant to various law enforcement agencies, 1989- present.

Consultant to Olfacto-Labs, Inc., 1988.

Consultant to Ketchum Communications, 1987.

Consultant to Ralston-Purina Co.: Influence of diet on sensory function in dogs, 1987-1988.

B. *Peer Review Activities*

Advisory Board, Campus Safety Journal, 1999-2002

Reviewer:
*American Journal of Veterinary Research*

*Animal Behaviour*

*Applied Animal Behaviour Sciences*

*Brain Research*

*British Cancer Institute*

*Hastings Law Journal*

*Journal of Veterinary Medical Education*

*Journal of the American Veterinary Medical Association*

*Physiology and Behavior*

7.    *Extension & Service*

   *A. Extension, outreach and continuing education:*

Consulting for behavioral cases, Alabama and Southeasten U.S. since 1982.

Can dogs detect cancer?, Paula Zahn Now, CNN, 2006.

Dogs detecting cancer, Geraldo Live, 2006

Diagnosis and treatment of common behavioral problems in dogs and cats, Midstate Veterinary Association, Birmingham, 2005.

Does the nose know?, Sixty Minutes, CBS, 2004.

Animal behavior problems in the Southeast, Midstate Veterinary Association meeting, Birmingham, AL, 2003

Fundamentals of the sense of smell, Masters of Foxhounds Association conference, Lexington, KY, 2003

Understanding animal behavior problems, Birmingham Obedience Training Club, Birmingham, AL, 2003

Behavin' and Misbehavin': Clinical Animal Behavior Problems in the South. Jefferson County VMA, 2002

Connecticut State Police Canine Program- Sensory function in the detector dog, 2000.

Species and senses, BBC broadcast, 2000.

Behavior and sensory considerations for detector dog programs. British Columbia Police Association, 1999

Scent behavior and sensory function factors contributing to performance of drug-detecting dogs. California Narcotic Canine Association, 1999

Determination of the odorant signature for trained accelerant detection dogs and health problems, treatment and prevention. Canine accelerant Detection Association, 1999

Lameness evaluation in the canine athlete, Central Veterinary Conference, 1999

For the Record (APT-PBS): Animal behavior (live call-in show), 1999.

Breed All About It. Retrievers and pointers. The Learning Channel, 1999.

Dr. Dog, The Discovery Channel, 1999.

The ultimate (species) series. The Discovery Channel, 1999

Detector Dogs- Sports Medicine Group, Auburn University, 1999

Clinical issues in animal behavior, Mid-State Veterinary Medical Association, 1999.

Scent Production and Movement, California Narcotic Canine Association. 1996-1997.

Factors influencing performance in scenting dogs (National Police Bloodhound Association), 1997.

First Annual National Detector Dog Symposium (Organizer and Host), 1998.

Conditions Causing Deficits of Smell in the Dog (First Annual National Detector Dog Symposium), 1998

The dog as a tool in arson investigation: The value and the problems, New York Fire Academy, 1993-present.

Animal behavior for the practicing veterinarian.  Auburn University Annual Conference, 1993.

The dog in detection: Current state of knowledge, Denver Police Department, 1992.

The Sense of smell of dogs, Ralston-Purina Dog of the Year Award, 1991.

New Techniques to Evaluate Sensory Function in the Dog, Jefferson County VMA, 1990.

Fish Medicine for the Veterinarian, 1984-1985. A two-day short course.

Techniques to evaluate the sense of smell in the dog. Auburn Annual Conference, 1984.

*B. Service activities*

Faculty Advisory Committee, 2003- present (college)

Library Committee, 2001-2002 (university)

Curriculum Committee, 1997-1998 (college)

Faculty Senate, 1996-1997. (university)

Director, Institute for Biological Detection Systems, 1989-1995. (university administrative)

Faculty Advisory Committee, member, 1993-1997. (college)

Faculty Advisory Committee, Secretary, 1989-1993 (college).

Library Advisory committee, chair, 1987-1989 (college).

Faculty adviser, Auburn Veterinarian, 1987-1988 (college).

Impaired Students committee, 1987-1988 (college).

Admissions and Standards committee, 1986 (college).

United Way Fund drive chair for Department of Physiology and Pharmacology,
1985 and 1986. (department)

Faculty adviser, Human Animal Bond Club, 1985-1988. (college)

Laboratory Practices committee, chair, 1985 (college).

Seminars and Awards committee, 1983-1987 (college).

Scott-Ritchey Advisory committee, 1983-1987 (college).

Faculty adviser, Omega Tau Sigma (professional fraternity), 1983-1987, 1998- 2004. (college)

Graduate Seminar committee, chair, 1983-1986 (college).

Faculty Senate, 1983-1986 (university).

Neuroscience group, 1983-1986, Reestablished, 1990 (university).

Faculty Forum, 1982-1986 (college).

Veterinary electrodiagnostics service, 1982-1984. (college)