UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE MCKOY<br><br>Defendant. | Criminal 06-00032 (HHK) |

### ORDER

Before the court is defendant's amended motion to compel discovery [#14]. Upon consideration of the motion, the opposition thereto, and the record of the case, it is this 1st of August, 2006, hereby

**ORDERED** that defendant's motion to compel discovery and to continue the hearing on defendant's motion to suppress is **GRANTED IN PART**; and it is further

**ORDERED** that the government shall disclose to defendant, or permit defendant's counsel, and/or any expert retained by him, to review, the drug detection dog's initial training records, its maintenance training records, and any record in existence that indicates the ratio of times the dog has alerted to times drugs have been discovered;[1] and it is further

**ORDERED** that defendant's motion is **DENIED** in all other respects.

Henry H. Kennedy, Jr.
United States District Judge

---

[1] This order does not require the government to compile a record of the ratio of times the dog has alerted to times drugs have been discovered, but rather to disclose such a record if it exists.