IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 06-032 (HHK) |
| ) | |
| GEORGE MCKOY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Defendant, George McKoy, through undersigned counsel, respectfully submits the attached Declaration submitted by Dr. Lawrence Myers in support of defendant's motion to suppress physical evidence, which is scheduled for a hearing tomorrow, August 29, 2006 at 1:30 pm. The defense intends to offer the attached Declaration into evidence in support of Mr. McKoy's Motion. Defense counsel has previously submitted Dr. Myers *Curriculum Vitae*.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500