UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 06-032 (HHK) |
| | ) | |
| GEORGE MCKOY, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DR. LAWRENCE J. MYERS**

I, Dr. Lawrence Myers, declare the following:

1. As I understand the events leading to the search of the vehicle in the case <u>United States v. George McKoy</u>, the dog Finnegan handled by Jeff Daugherty initially failed to alert to the odor of drugs prior to actually entering the vehicle. If this is, in fact, the case, it is quite possible that no sufficient amount of odor was present so that it could be recognized as drug odor by the dog Finnegan. Increased distance from source of odor and physical barriers present between the source and the detector (in this case, Finnegan) result in diminished concentrations of the odor. (Chung, T: Computational fluid dynamics, Cambrudge University Press, 1012 pp, 2002).

2. There are distinct differences between odor threshold (minimum concentration to detect something) and odor recognition (ability to determine identity of the odor) (Loetsch, J, Hummel, T: The clinical significance of electrophysiological measures of olfactory function. Behavioural Brain Research 170: 78-83, 2006).

3. In fact changes of relative concentrations of components can have a strong effect on perception and recognition of an odor (Wright, GA: Variation in complex olfactory stimuli and its influence on odour recognition. Proceedings of the Royal Society Biological Sciences Series B. 271: 147-152, 2004.; Aliani, M, Farmer, LJ: Precursors of chicken flavor. II. Identification of key flavor precursors using sensory methods. Journal of Agricultural & Food Chemistry 53: 6455-6462, 2005)

4. Accordingly, it is possible that Finnegan's initial entry into Mr. McKoy's vehicle may have created a greater likelihood that Finnegan would alert to the presence of narcotics after he was taken back out of the vehicle.

.    5.    The foregoing is submitted under penalty of perjury, August 28, 2006 at Auburn, AL.

          _____/S/_____
          Dr. Lawrence J. Myers