UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-032 (HHK) |
| GEORGE MCKOY, | ) ) ) | |
| Defendant. | ) ) | |

### JOINT MOTION TO CONTINUE HEARING
### ON DEFENDANT'S MOTION TO SUPPRESS

The parties respectfully submit this Joint Motion to Continue the Hearing on Defendant's Motion to Suppress, which is currently scheduled for this **Friday, October 20, 2006 at 2:00pm**. Unfortunately, there are still outstanding issues with respect to the discovery of recorded communications. The parties are therefore respectfully requesting a continuance of approximately three (3) weeks in order ensure that all relevant recorded communications have been produced to the defense.

In support of this Joint Motion, the parties respectfully submit:

1. The hearing on defendant's Motion was previously scheduled for August 29, 2006. Prior to the hearing, undersigned counsel was informed by the government that the government may not have produced all recorded communications associated with this case. Because the recorded communications are discoverable and may be relevant to issues related to defendant's motion, the defense requested a continuance of the hearing until the government produced the remaining recorded communications.

2. Subsequently, the government produced two additional tapes to the defense. At

the time, both parties believed that the two additional tapes constituted the remaining recorded communications in the case. However, after reviewing the communications more throughly and conferring with the officers involved in the case, both sides agree that there are likely to be more recorded communications that have not yet been produced. These communications may be probative of issues raised by defendant's motion, including, <u>inter alia</u>, the length of time defendant was detained following the initial traffic stop.

       3.      The government has informed defense counsel that it will take several weeks to search for the remaining communications. Based on that and the parties schedules, the parties respectfully suggest rescheduling the hearing for anytime on November 14 or 15, or else during the afternoon of November 16 or 17, 2006.

                                  Respectfully submitted,

                                    _____
                                  Jonathan S. Jeffress
                                  Assistant Federal Public Defender
                                  <u>Counsel for George McKoy</u>
                                  625 Indiana Avenue, N.W.
                                  Suite 550
                                  Washington, D.C.  20001
                                  (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Crim. No. 06-032 (HHK) |
| **GEORGE MCKOY,** | ) ) ) | |
| **Defendant.** | ) ) | |

### ORDER

Upon consideration of the parties Joint Motion to Continue Hearing, and for good cause shown, it is hereby

**ORDERED** that the Motions Hearing in this case is rescheduled for

_____, 2006 at _____am/pm.


_____
The Honorable Henry H. Kennedy

**DATE:**

Copies to:
 Jonathan Jeffress, AFPD
 Donnell Turner, AUSA