UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-032 (HHK) |
| GEORGE MCKOY, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO SUPPRESS AND CONTINUE STATUS HEARING**

The parties respectfully submit this Joint Motion to Modify the Briefing Schedule on Defendant's Motion to Suppress and to Continue the Status Hearing. The parties did not receive the transcripts of the November 16, 2006 hearing in this matter until the beginning of this week.[1] Accordingly, the parties are requesting that the Court extend the time for briefs and responses and postpone the status conference in this matter until late January, 2007.

In support of this Joint Motion, the parties respectfully submit:

1. A hearing on defendant's Motion to Suppress was conducted on November 16, 2006. Following the hearing, the Court set a briefing schedule by which the parties would submit initial briefs on December 15, 2006 and responses on December 22, 2006. The parties are to appear in Court in this matter for a status conference on January 10, 2007.

2. The parties began to receive the transcripts of the November 16 hearing this week. Accordingly, the parties are requesting an extension of the briefing schedule so that initial briefs will be due on December 29, 2006; responses will be due January 8, 2007; and the status hearing

---

[1] The government is still in the process of obtaining the transcript from the morning session of the hearing.

postponed until the second half of January, 2007. Defense counsel notes that he is beginning a trial on January 29, 2007, and therefore respectfully requests that the status conference occur prior to that date.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
<u>Counsel for George McKoy</u>
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-032 (HHK) |
| GEORGE MCKOY, | ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the parties Joint Motion to Modify Briefing Schedule and Continue Status Hearing, and for good cause shown, it is hereby

**ORDERED** that initial briefs will now be due December 29, 2006 and responses due January 8, 2007; and it is further

**ORDERED** that the status conference in this matter is rescheduled for

_____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
The Honorable Henry H. Kennedy

**DATE:**

Copies to:
  Jonathan Jeffress, AFPD
  Donnell Turner, AUSA