UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 06-032 (HHK)
)
GEORGE MCKOY, )
)
Defendant. )

## ORDER

Upon consideration of the parties Joint Motion to Modify Briefing Schedule and Continue Status Hearing, and for good cause shown, it is hereby

**ORDERED** that initial briefs will now be due December 29, 2006 and responses due January 8, 2007; and it is further

**ORDERED** that the status conference in this matter is rescheduled for _February 9_, 2007 at _2:00_ am/**pm**.

**SO ORDERED.**

_Henry Kennedy_
The Honorable Henry H. Kennedy

**DATE:**

Copies to:
 Jonathan Jeffress, AFPD
 Donnell Turner, AUSA