# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - -x
                           :
UNITED STATES OF AMERICA   :
                           :
    vs.                    :   Docket No. 06-0003M-01(CR)
                           :
GEORGE McKOY               :
                           :
        Defendant          :
                           :   Washington, D.C.
- - - - - - - - - - - - - -x   January 9, 2006
```

TRANSCRIPT OF PRELIMINARY AND DETENTION HEARING
BEFORE THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:      ANGELA S. GEORGE, ESQ.
                         Assistant United States Attorney

For the Defendant:       JONATHAN JEFFRESS, ESQ.
                         Federal Public Defender Service

**Proceedings recorded by the Court, transcript produced by
Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307,
Washington, D.C. 20005, 202-347-5395, www.pro-typists.com**
M9875A/bf

1  A    I observed Mr. McKoy in the Jaguar come to a stop in

2  front of 316 34th Street.  I observed an individual walk

3  from 316 34th Street, enter the passenger side of his

4  vehicle, remain in the vehicle for approximately 15 to

5  20 seconds, and then exited the vehicle, returned to the

6  building, and Mr. McKoy drove off.

7  Q    And you said that that individual -- this whole stop

8  and then the entry of the other individual car and then

9  his exit from the car, that took approximately 15 to

10  30 seconds?

11  A    I'd say less than a min -- more than 15 seconds.

12  He was -- the individual was in the car for approximately

13  15 seconds.  Mr. McKoy was stopped, prior to the individual

14  entering the car, for maybe 10 to 15 seconds.  So.

15  Q    And you observed all this from the intersection of

16  Eli and Minnesota?

17  A    Correct.

18  Q    And you were stopped at a traffic signal that entire

19  time?

20  A    That's correct.

21  Q    How far were you from where the Jaguar was located?

22  A    A block and a half.

23  Q    Okay.  And did you see anything that went on in the

24  vehicle during that time period?

25  A    No, I did not.