# EXHIBIT 3

## GEORGE McKOY – TRANSCRIPT OF SECOND TAPE

Dis:     23:55

Car 512:     Car 512 Traffic

Dis:     Car 512

512:     Car 512 35th and A SE St. Bravo X-ray 15-19 DC unknown, unknown make, green

Dis:     Car 512 tag 10-74 2003 Jaguar valid 12/2006

512:     10-4

Dis:     23:56

Dis:     Car 312

Car 312:     (inaudible) brown mercury

Dis:     Car 312 tag 10-74 brown mercury valid 5/2007

Car 312:     10-4

Dis:     23:58

Car 212:     Traffic

Dis:     Car 212?

Car 212:     Southbound at Morning side 5580 (inaudible) VA 06 on a Dodge brown.

Car 312:     312

Dis:     Car 312

312:     (inaudible)

Dis:     Crane 1 to Crane 2

Crane1:     Crane 1

Dis:     Crane 1 Southbound at Beach drive at broadband. There is a Brown Mercury, unknown

DEFENDANT'S EXHIBIT 3

       engine problems.

Crane 1: 10-4

Dis: 23:59, Car 212 tag 10-74 1994 dodge valid 11/2006

212: Thank You

Dis: 23:59

Car 311: (Inaudible)

Dis: Car 311 23:59

312: Can you have that crane step it up, it is in a bad location.

Dis: Crane 1 Copy

Crane 1: Copy that

Dis: 23:59

512: 27-29 DC (inaudible) number

Dis: car 512 10-68 (10-68 = dispatch information)

512: 9,5,6,9 2,1,7, last name McCoy

Dis: Car 512 a valid permit expires 12 of 2006

512: 10-4, 10-6 (10-6 = standby)

Dis: Car 512 also the name is clear

Dis: zero-one hours KIE799 ID 3747 United States Park Police, Washington, DC Today is Wednesday January the 4th 2006. 00:01 hours.

Dis: Car 212 you are clear 00:01 hours

512: are there any drug dogs working?

K9-5: K9-5, 10-4

512: Can you respond out here for a drug search?

2

Dis: K9-5 that will be 35th and D as in Delta Street SE

K9 5: 10-4

Dis: 00:02 hours

512: can you alternate with that canine.

Dis: K9-5 channel 1 with car 512

Car 13 (Inaudible)

Dis: Sir Go with that location again

(Inaudible)   Washington

Dis: Thank you. 00:05 hours

Car 511: 511 to 512 be advised 35th and A-Alpha

Dis: 511 the location again

511: 35 and A-Alpha copy

Dis: 10-4 copy 35 and A-Alpha for canine 5 do you copy 35 and A Alpha st. SE

K9-5: 10-4

Dis: 00:07 hours.

(Inaudible)

Dis: car 312, zero 22

511: (inaudible) 502

Dis: 502

502: What channel

Dis: Both units to channel one I believed it is being used so use courtesy.

Dis: 00:25 hours

(inaudible)

3

Dis:   car 513, zero 27

Car 141:   141 delta may I have an alternate with 141

Dis:   141 switch to channel 1 both units, channel 1

switching

Dis:   00:31 hours KIE799 ID 3747

312:   Crane has got the vehicle towed one (inaudible)

Dis:   Car 312 10-4 code one issued you are clear 00:31 hours.

502:   Car 502

Dis:   Car 502

502:   I am out with car 512 location 35th and A alpha southeast.

Dis:   (inaudible) copy 35th and A alpha South East.

Car 513:   (Inaudible)

Dis:   Car 513 zero 36

(inaudible)

Dis:   Car 502

502:   What is the 10-28 extension? on this jaguar? (10-28 = check full information on vehicle)

Dis:   502 registered under the last name of Lacy that is Lee Alpha Charlie Yankee first name of Bernadette shows and address of 603 Fairday (?) place NE Washington, DC

502:   Copy (inaudible) 31 position give me a 10-21 (10-21 = call by telephone)

Dis:   31

(inaudible)

Dis:   00:40 hours

(Inaudible)   car 513 transportation to Marshall?

4

Dis:   Car 513, zero 43

Car 502

Dis:   car 502

502:   Car 503 can you start a Crane 34th and A alpha SE. Narcotics seizure

Dis:   Crane 1 or Crane 2

(inaudible)

Dis:   Crane 2 35th and Alpha St. SE it will be a seizure on a vehicle a Green jaguar.

(Inaudible)

Dis:   Car 502 how many doors on that vehicle?

502:   4 door. Green. 35th and A alpha SE

Dis:   Crane one correction that will be 35th and A alpha, Crane one copy?

Crane 1:   Copy that

Dis:   00:44