# EXHIBIT 4

985792404

**DISTRICT OF COLUMBIA NOTICE OF INFRACTION**

| DAY OF WEEK | DATE | MONTH | YEAR | TIME | AM/PM |
|---|---|---|---|---|---|
| WED | 04 | JAN | 06 | 10:10 | PM |

VIOLATOR'S FULL NAME (LAST, FIRST, MIDDLE): McRoy George   OWNER ☐

STREET ADDRESS: 438 Bowen Rd SE   SEX: M

CITY, STATE: Washington DC   ZIP: 20019   DATE OF BIRTH: 2/24/65

OPERATOR'S PERMIT NO.: 9569217   CLASS: D   STATE: DC

VEHICLE LICENSE NO.: BX1915   DC ☒   VEH. MAKE: JAGU   BODY: 4D

☐ BLOCK ☐ FRONT ☐ REAR ☐ SIDE
☐ EAST SIDE ☐ WEST SIDE ☐ NORTH SIDE ☐ SOUTH SIDE ☐ OPPOSITE

LOCATION OF VIOLATION: 3411 H DuBois
☐ ST. ☐ AVE. ☐ RD. ☒ PL. ☐ CT.
☐ N.W. ☐ N.E. ☐ S.W. ☒ S.E.

**SUPERIOR COURT MOVING VIOLATION**
☐ NO PERMIT   ☐ DISOBEY TRAFFIC OFFICER
☐ UNREGISTERED VEHICLE   ☐ SPEEDING ___ MPH IN ___ MPH ZONE
OTHER: ___

**DMV MOVING VIOLATION**   CODE: T78
☐ ___ TURN FROM WRONG LANE   ☐ FAIL TO YIELD ROW – T107
☐ RED LIGHT – T113   ☐ ___ SIGN VIOLATION
☐ FULL TIME & ATTN – T013   ☐ SPEEDING ___ MPH IN ___ MPH ZONE
OTHER: Obstructing Traffic
☐ ACCIDENT ☐ INJURY ☐ ADMITTED ☐ CCN: ___

**PARKING VIOLATION**   ☐ TOWING REQUESTED   CODE
39 ☐ RED METER   03 ☐ RESIDENTIAL PARKING
55 ☐ NO PARKING ANYTIME   20 ☐ LESS 10' FIRE HYDRANT
02 ☐ ALLEY, IN   31 ☐ IN LOADING ZONE
07 ☐ IN BUS ZONE   159 ☐ NO STAND, RUSH HOURS, AM
☐ LESS ___ INTERSECTION   259 ☐ NO STAND, RUSH HOURS, PM
01 ☐ PARKING ABREAST   41 ☐ PRIVATE OR PUBLIC PROPERTY
☐ OTHER: ___

**SCHEDULED FINE OR COLLATERAL**
☒ $15 ☐ $20 ☐ $25 ☐ $50 ☐ $75 ☐ $100 ☐ $___

I swear or affirm under penalty of perjury that I observed or investigated the commission of this violation and served this notice of infraction as provided for by law.

| ISSUER'S SIGNATURE | DEPT. | ELEMENT | BADGE NO. |
|---|---|---|---|
| [signature] | USPP | D5 | 522 |

OFFICER AVAILABILITY DATE ___   MPD CAD NO. ___

I hereby acknowledge receipt of this notice of infraction. ACKNOWLEDGEMENT OF RECEIPT IS NOT AN ADMISSION OF LIABILITY.

DATE ___   SIGNATURE ___

BTA FORM 51 1/03   **COPY A**

**DEFENDANT'S EXHIBIT 4**