# EXHIBIT 5



DEFENDANT'S EXHIBIT



