EXHIBIT 6

# District of Columbia Municipal Regulations

April 1995



Title 18

# VEHICLES AND TRAFFIC

D.C. OFFICE OF DOCUMENTS AND ADMINISTRATIVE ISSUANCES

MARION BARRY, JR.
MAYOR

BRIAN K. FLOWERS
ACTING ADMINISTRATOR

(1) That portion of Ward 1 which is both on or east of 13th Street, N.W., and on or North of Columbia Road, N.W.;

(2) That portion of Ward 2 which is both on or east of 2nd Street, N.E., and on or North of Eye Street, N.E.;

(3) That portion of Ward 2 which is both on or east of 13th Street, N.W., and on or North of P Street, N.W.;

(4) That portion of Ward 4 which is on or south of Van Buren Street;

(5) All of Ward 5;

(6) That portion of Ward 6 which is east of the Anacostia River;

(7) That portion of Ward 6 which is both on or north of E Street, N.E., and on or East of 8th Street, N.E.; and

(8) All of Wards 7 and 8;

(b) Both sides of the following listed street segments or in all off-street parking facilities under District of Columbia jurisdiction which are adjacent to these street segments:

(1) The "Barracks Row" off-street parking facility under the Southeast Freeway at 8th Street, S.E.; and

(2) That portion of Georgia Avenue, N.W., which is North of Ward 2 and South of Florida Avenue.

2404.30  For the purposes of this section, the reference to the term "Ward" for the purpose of establishing boundaries, shall have the same reference as that contained in §4 of the "Redistricting Procedure Act of 1981," effective March 16, 1982 (D.C. Law 4-87; D.C. Code §1-1333 (1987 Repl. Vol.).

SOURCE: Commissioners' Order 274,310/949 effective September 1, 1949; as amended by Commissioners' Order 57-1086 effective June 11, 1957; by Commissioners' Order 59-701 effective April 28, 1959; Commissioners' Order 59-1035 effective June 17, 1959; by Commissioners' Order 67-1549 effective October 10, 1967; 17 DCRR §§92, 93, 93.1, 94 - 96 (October 19, 1970); by Final Rulemaking published at 32 DCR 1526, 1531 (March 15, 1985); by Final Rulemaking published at 36 DCR 4940 (July 14, 1989); by Final Rulemaking published at 36 DCR 6072 (August 25, 1989); and by §501(c) for the Omnibus Budget Support Act of 1994, D.C. Law 10-128, 41 DCR 2110 (April 22, 1994).

2405  STOPPING, STANDING, OR PARKING PROHIBITED: NO SIGN REQUIRED

2405.1  No person shall stop, stand, or park a vehicle in any of the following places, except when necessary to avoid conflict with other traffic, in compliance with law, or at the direction of a police officer or traffic control device:

(a) Within an intersection;

(b) On a crosswalk;

2401    LOADING AND UNLOADING VEHICLES

2401.1    If no curb space is available within a reasonable distance, a passenger vehicle may stand parallel and as near as practicable to other parked vehicles, only long enough to take on passengers who are actually waiting at the curb or to leave off passengers.

2401.2    Unless prohibited by §2402, a vehicle may stop parallel and as near as practicable to parked vehicles while loading; Provided, that the vehicle while so parked will not unreasonably impede or interfere with orderly two-way traffic, or on a one-way street, that at least one lane is kept open for moving traffic.

2401.3    On any street, highway, or any portion of a street or highway, where parking is prohibited but stopping and standing are not prohibited, passenger vehicles may stop momentarily to load and unload passengers, and any vehicle may stop long enough to actually load and unload materials.

2401.4    When stopping to load and unload school children along the roadway, a school bus driver shall pull as far to the right as is safe, at a place on the roadway where there is three hundred feet (300') or more of clear sight distance to the front and rear, and stop only for such time as is actually necessary to take on or discharge passengers.

2401.5    Before making a stop to load or unload passengers, a school bus driver shall actuate the flashing white stroboscopic light not less than three hundred feet (300') distant from the stop, and allow the light to remain flashing until the bus resumes motion after the stop.

2401.6    At each stop to pick up or discharge one or more school children, the school bus driver shall actuate the flashing red light during the time that the bus is stopped to pick up or discharge passengers, and shall turn off the light when the bus resumes motion.

2401.7    Commercial vehicles shall not be parked at an angle to the curb or perpendicular to the curb on any roadway or alley except for the delivery of coal or objects which require the services of two (2) or more men or special equipment (such as a winch or hoist) to load or unload, and then only for so long as may be actually necessary for such loading or unloading.

2401.8    A four-wheeled, animal-drawn vehicle, a tractor-trailer, or tractor semi-trailer combination shall stand so that the animals or tractor are parallel with the curb, facing in the direction of traffic.

2401.9    In the following designated market areas, vehicles may park at an angle to the curb when parking of vehicles is otherwise permitted:

  (a)    The west side of 7th Street, S.E. between C Street and North Carolina Avenue; and

**Title 26**                                                                  District of Columbia Municipal Regulations

2600.1      (Continued)

    **INFRACTION   (DCMR Citation)**                                                                                      **FINE**

    **Width**
        Operating vehicle of greater width
          than permitted [§§2500, 2501, 2511) .................... $ 50.00

    **Windshield**
        Defective or obstructed  [§731] ............................. 25.00

    **Windshield wipers**
        Failure to have  [§731] ..................................... 25.00
        Not in operating condition [§731] ........................... 25.00

---

### NOTE: TRAFFIC VIOLATION IN NATIONAL CAPITAL PARKS

Additional traffic regulations for all District of Columbia areas under the jurisdiction of the U.S. National Park Service are set forth in Part 50 of Title 36 of the *Code of Federal Regulations*.

Penalties for violation of federal traffic regulations in park areas are set forth in 36 CFR §50.5, and in other specific sections.

District of Columbia traffic laws and regulations, and the penalties applicable to violations of District laws and regulations set forth in this title and the D.C. Code, are also applicable in park areas located within the District of Columbia. [36 CFR §50.3]

**AUTHORITY:** Unless otherwise noted, the authority for this chapter is Reorganization Plan No. 2 of 1975, effective July 25, 1975, 21 DCR 3198; 22 DCR 961; §§105 and 107 the District of Columbia Traffic Adjudication Act of 1978, D.C. Law 2-104, 25 DCR 1275 (August 11, 1978); §§IV(A) and V of Reorganization Plan No. 4 of 1983, 30 DCR 6428 (December 16, 1983); and the Persons with a Disability Parking Privilege Amendment Act of 1988, D.C. Law 7-219, effective March 31, 1989, 36 DCR 545 (January 20, 1989).

**SOURCE:** Final Rulemaking published at 30 DCR 5742 (November 4, 1983); as amended by Final Rulemaking published at 31 DCR 569 (February 10, 1984); by Final Rulemaking published at 32 DCR 1526 (March 15, 1985); by Final Rulemaking published at 33 DCR 3716 (June 20, 1986); by Final Rulemaking published at 34 DCR 4242 (July 3, 1987); by Final Rulemaking published by 35 DCR 783 (February 5, 1988); by Final Rulemaking published at 35 DCR 8042 (November 11, 1988); and by Final Rulemaking published at 37 DCR 5692, 5703 (August 31, 1990).

2601        **PARKING AND OTHER NON-MOVING INFRACTIONS**

2601.1      The civil infractions and their respective fines set forth in this subsection refer to parking or parked vehicles.

    **INFRACTION   (DCMR Citation)**                                                                                      **FINE**

    Abreast (double parked)  [§2405.3(c)] ............................ $ 50.00

    Alley, in  [§2405.3(f)]  ............................................. 20.00

    Barricade, in front of  [§2405.2(h)] ............................... 20.00

**Title 26**  **District of Columbia Municipal Regulations**

2601.1  (Continued)

| **INFRACTION   (DCMR Citation)** | **FINE** |
|---|---|
| Fire station driveway entrance, parking within 20 feet of [§2405.2(f)] | $ 50.00 |
| Government vehicles only [§2406.1] | 20.00 |
| Handicapped reserved residential space; unauthorized vehicle in [§2718.4] | 100.00 |
| Handicapped visitors only; unauthorized vehicle or parked beyond time limit in space for [§2406.9] | 100.00 |
| Intersection | |
|    Less than 25 feet of [§2405.2(c)] | 20.00 |
|    Less than 40 feet of [§2405.2(c)] | 20.00 |
|    Obstructing [§2405.1(a)] | 50.00 |
|    Prohibiting parking in approach to [§2405.2(c)] | 20.00 |
| Lawn, on (park area) [36 CFR 50.33b] | 20.00 |
| Left wheel to curb-parallel parking [§2400.1;.3;.4] | 20.00 |
| Loading zone, unauthorized vehicle in [§2402.6] | 50.00 |
| Mail box, motorist's courtesy, within 25 feet of [§2405.3(d)] | 20.00 |
| Median strip, channelizing island or safety zone (delineated by raised curbs), on [§2405.1(e)] | 100.00 |
| Median strip, channelizing island or safety zone (delineated by solid lines), in [§2405.1(e)] | 35.00 |
| Meter | |
|    Depositing additional coin(s) in to extend time beyond applicable limit [§2404.7] | 15.00 |
|    Expired red meter [§2404.8] | 15.00 |
|    Fail to deposit coin in [§2406.6] | 15.00 |
|    Not parked in meter space [§2404.4] | 15.00 |
|    Oversized vehicle at [§2404.5] | 25.00 |
|    Overtime at [§2404.3] | 15.00 |
| Motorcycle parking only [§§4019.11, 4023.5] | 20.00 |
| No parking zone, in [§§2400.4, 4019] | 20.00 |
| No standing [§§2000.4, 4020] | 50.00 |
| No standing Anytime [§§2000.4, 4020] | 50.00 |