**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) |  |
| **UNITED STATES OF AMERICA** | ) |  |
|  | ) |  |
| v. | ) | **Crim. No. 06-032 (HHK)** |
|  | ) |  |
| **GEORGE MCKOY,** | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

**DEFENDANT GEORGE MCKOY'S MOTION FOR LEAVE**
**TO LATE FILE AND FOR MODIFICATION OF BRIEFING SCHEDULE**

Mr. George McKoy, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to late file his Supplement to his Motion to Suppress Evidence Seized In Violation Of The United States Constitution. That Supplement contained defendant's proposed findings of fact and conclusions of law. The defense, after consulting with the government, is also respectfully requesting a modification of the briefing schedule such that any responses to the proposed findings of fact and conclusions of law will now be due on January 26, 2007.

In support of this motion, counsel submits the following:

1.     Mr. McKoy is charged in a one-count indictment with unlawful possession with intent to distribute 50 grams or more of cocaine base. On November 16, 2006, the Court conducted a motions hearing on defendant's Motion to Suppress Evidence Seized In Violation Of The United States Constitution.

2.     In an Order of December 21, 2006, the Court set the due date for the parties proposed findings of fact and conclusions of law as December 29, 2006. Responses, if any, were

due January 8, 2006.

3.      Defense counsel is currently lead counsel in a complex bankruptcy fraud case pending before the Honorable Judge Paul L. Friedman, and was unable to complete the proposed findings of fact and conclusions of law by the December 29 deadline.  Defense counsel contacted government counsel on December 28, 2006, and informed him by voice-mail message that he could not comply with the December 29 deadline.

Defense counsel respectfully apologizes to the Court for the tardiness of his brief, which was filed yesterday, January 15, 2007.  Defense counsel now seeks to late file the brief.  Defense counsel hereby certifies as an officer of the Court that, prior to filing the brief, I did not in any way review the government's Supplement, which was filed on December 29, 2006.

4.      Defense counsel consulted with the AUSA assigned to this case, Donnell Turner.  After consulting with AUSA Turner, defense counsel respectfully requests that the Court enter the attached Order, extending the due date for Responses until January 26, 2007.

5.      The next Court date in this matter is a status conference scheduled for February 9, 2007, at 2:00 p.m.  The parties are not asking for a new date (but of course will be available should the court decide to postpone the status conference until a later date).

WHEREFORE, for the foregoing reasons, Mr. McKoy respectfully moves this Honorable Court for leave to late file his proposed findings of fact and conclusions of law, and to modify the briefing schedule so that Responses are now due on January 26, 2007.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.

Washington, D.C.  20004

(202) 208-7500, ex 134

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**UNITED STATES OF AMERICA**        )
                                    )
    **v.**       )    **Crim. No. 06-032 (HHK)**
                                    )
**GEORGE MCKOY,**                   )
                                    )
    **Defendant.** )
_____)

## ORDER

    Upon consideration of defendant's Motion for Leave to Late File and Modify Briefing Schedule, and finding good cause shown, it is this _____ day of January, 2007, hereby

    **ORDERED** that the motion is **GRANTED**; it is further

    **ORDERED** that Responses are now due January 26, 2007; and it is further

    **ORDERED** that the Status Conference shall be held on

_____, 2007 at _____ a.m./p.m.

    **SO ORDERED.**


                     _____
                     The Honorable Henry H. Kennedy
                     United States District Judge

cc:   Donnell Turner, AUSA
       Jonathan S. Jeffress, AFPD