UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Case No. 06-0032 (HHK) |
| : | |
| GEORGE MCKOY, : | |
| : | |
| Defendant. : | |
| _____ : | |

**GOVERNMENT'S REPLY TO DEFENDANT'S MOTION FOR RECONSIDERATION
OF COURT'S RULING ON DEFENDANT'S MOTION TO SUPPRESS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby replies to defendant's motion for reconsideration of the Court's ruling on defendant's motion to suppress. In support of this reply, the United States asserts the following:

1. Defendant is charged with Unlawful Possession With Intent to Distribute Fifty Grams or More of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii), and Simple Possession of a Controlled Substance, in violation of 21 U.S.C. § 844(a), which relates to his arrest on January 4, 2006, following a traffic stop. Subsequent to his arrest, defendant moved in writing to suppress the tangible evidence recovered from his vehicle by police. The government promptly filed its opposition to defendant's motion to suppress.

2. On November 16, 2006, a suppression hearing was held before this honorable Court. Following the hearing, the Court directed the parties to submit proposed findings of fact and conclusions of law relating to the hearing. The parties were also given an opportunity to file responses to the opposition's proposed findings of fact. Accordingly, both parties duly submitted respective proposed findings of fact and each submitted reply briefs as well.

3.      On March 19, 2007, upon consideration of all the evidence adduced at the suppression hearing and all the pleadings submitted by the parties, the Court, in a lengthy, thoughtful oral opinion, denied defendant's motion to suppress evidence in this case. The Court followed its ruling with a written Memorandum Opinion issued on March 22, 2007.

4.      On March 27, 2007, defendant filed his motion for reconsideration of the Court's denial of his motion to suppress evidence. However, in his motion, defendant fails to raise any new arguments that were not already asserted by him at the suppression hearing or in his prior pleadings. Indeed, the arguments contained in defendant's latest motion are no more than a reiteration of the claims he has made in the past and thereupon relied, which this Court has correctly rejected.

5.      Since defendant raises no new points in his motion, the government, accordingly, requests that its prior pleadings be incorporated into this response to defendant's instant motion for reconsideration.

6.      Furthermore, because the Court has already given thoughtful considered to all the claims raised by defendant in his motion to suppress evidence in this case, and has appropriately decided these claims, defendant's motion should be summarily denied.

WHEREFORE, it is respectfully requested that the Court deny defendant's motion for reconsideration of the Court's ruling on defendant's motion to suppress.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR (D.C. Bar No. 498610)
                                        United States Attorney

                                                    /s/
By:                                        _____
                                        DONNELL W. TURNER (Maryland Bar)
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        555 Fourth Street, N.W., Room 4235
                                        Washington, D.C. 20530
                                        (202) 305-1419
                                        (202) 514-6010 (fax)