UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | Criminal Case No. 06-0032 (HHK) |
| **GEORGE MCKOY,** | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's Motion for Reconsideration of Court's Ruling on Defendant's Motion to Suppress and the Government's Opposition thereto, it is this _____ day of _____, 2007, hereby

**ORDERED** that the defendant's Motion for Reconsideration of Court's Ruling on Defendant's Motion to Suppress be and the same is **DENIED.**

_____
HENRY H. KENNEDY
United States District Judge

Copies to:

Jonathan S. Jeffress, AFPD
Donnell W. Turner, AUSA