UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**GEORGE MCKOY,**<br><br>**Defendant.** | Criminal 06-032  (HHK) |

**ORDER**

Before the court is the motion of defendant George McKoy to reconsider its March 22, 2007 decision denying his motion to suppress items seized after he was stopped by United States Park Police. Specifically, McKoy seeks reconsideration of this court's determination that his Fourth Amendment rights were not violated when the car he was operating on January 4, 2006 was entered by a drug detection dog without cause.

In its previous decision, the court adopted the rationale of *United States v. Stone*, 866 F.2d 359 (10th Cir. 1989), ruling that the dog's entry into the car was "instinctive" and therefore did not constitute police misconduct requiring suppression of the evidence. In his motion to reconsider, McKoy asks the court to reconsider this rationale as applied to the particular circumstances of this case, where the drug detection dog entered the car two times. The court has done so and concludes that while the rationale of *Stone* applies to the first time the dog entered the car, it is not applicable to the second entry. The dog's "instinctive" behavior on the first scan of the car did not relieve the police of their responsibility to restrain the dog during the second scan.

In its previous opinion, this court explained that the exclusionary rule was designed to deter police misconduct. Having seen the dog enter the car the first time without cause, the

police should not have permitted the dog to do so a second time. The evidence shows that the dog was on a leash and could have been restrained. Thus, the police were responsible for the drug detection dog's second entry into the car without cause.

For the above stated reasons, it is this 19th day of April, 2007, hereby

**ORDERED** that defendant McKoy's motion for reconsideration of this court's March 22, 2007 order [#30] is **GRANTED;** and it is further

**ORDERED** that his motion to suppress evidence [#6] is **GRANTED**.

Henry H. Kennedy, Jr.<br>
United States District Judge