UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Crim. No. 06-032 (HHK) |
| | ) | |
| **GEORGE MCKOY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, George McKoy, through undersigned counsel, respectfully submits this Motion to Modify Conditions of Release. Specifically, defendant respectfully requests that he be removed from the High Intensity Supervision Program and placed on personal recognizance.

In support of this Motion, the parties respectfully submit:

1.   At a hearing before the Court on April 27, 2007, the government requested additional time to determine whether it would appeal this Court's ruling granting defendant's Motion to Suppress. The Court granted the government's request and continued this matter until July 6, 2007.

2.   At the April 26th hearing, and in light of the additional time requested by the government, defense counsel moved to place defendant on personal recognizance bond. The parties and the Court agreed that defense counsel would contact Pretrial Services to ensure that defendant is currently in full compliance with his release conditions.

3.   From the outset of this case in February 2006, defendant has been in the High Intensity Supervision Program, which includes electronic monitoring and a curfew. For over a year now, defendant has participated in the HISP, with only one or two violations of his

conditions during that entire time period. Based on the Pretrial Services Report submitted to the Court dated March 14, 2007, defendant is currently in full compliance with his conditions of release. Based on defendant's compliance and the likelihood that this case will take significant additional time, defendant respectfully submits that there is good cause to change defendant's release conditions to personal recognizance.

     3.     Defense counsel contacted the government concerning this Motion. The government defers to the Court on this Motion.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Jonathan S. Jeffress
                                                Assistant Federal Public Defender
                                                <u>Counsel for George McKoy</u>
                                                625 Indiana Avenue, N.W.
                                                Suite 550
                                                Washington, D.C. 20001
                                                (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 06-032 (HHK) |
| GEORGE MCKOY, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant's Motion to Modify Conditions of Release, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that defendant is hereby removed from the High Intensity Supervision Program and placed on general release conditions. Pretrial Services is hereby directed to submit an appropriate order setting defendant's conditions of personal recognizance release.

**SO ORDERED.**

_____
The Honorable Henry H. Kennedy

**DATE:**

Copies to:
    Andre Sidbury, Pretrial Services
    Jonathan Jeffress, AFPD
    Donnell Turner, AUSA