UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 03 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 06-032 (HHK)
)
GEORGE MCKOY, )
)
Defendant. )
)

### ORDER

Upon consideration of defendant's Motion to Modify Conditions of Release, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that defendant is hereby removed from the High Intensity Supervision Program and placed on general release conditions. Pretrial Services is hereby directed to submit an appropriate order setting defendant's conditions of personal recognizance release.

SO ORDERED.

DATE: 5/3/07

The Honorable Henry H. Kennedy

Copies to:
Andre Sidbury, Pretrial Services
Jonathan Jeffress, AFPD
Donnell Turner, AUSA