# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal No. 06-CR-32 (HHK) |
| ) | |
| GEORGE MCKOY ) | |
| _____ ) | |
| ) | |

## NOTICE OF APPEAL

**FILED**
**MAY 1 8 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant            United States of America

Name and address of appellant's attorney     Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 21 U.S.C. 841(a)(1), 841(b)(1)(A)(iii), and 21 U.S.C. 844(a)

Concise statement of judgment or order, giving date, and any sentence

    Order of April 19, 2007, granting defendant McKoy's motion for reconsideration of March 22, 2007, Order, and granting defendant's motion to suppress evidence.

Name and institution where now confined, if not on bail:

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_May 18 2007_                    _United States_
DATE                             APPELLANT

                                 _Roy W. McLeese III_
CJA, NO FEE __N/A__              ATTORNEY FOR APPELLANT
PAID USDC FEE __Gov't Appeal__
PAID USCA FEE

Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No

**ORIGINAL**

Notice of Appeal Criminal

CO-290
Rev. 3/88

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for George McKoy:

Tony Lenell Axam, Esq.
Jonathan Jeffress, Esq.
Federal Public Defender
Suite 550
625 Indiana Avenue, NW
Washington, DC 20004

_____
THOMAS J. TOURISH, JR.
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7088