# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 06-32 (HHK) |
| v. | Status Hearing Date:  October 12, 2007 |
| GEORGE McKOY, | |
| Defendant. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Patricia Stewart at telephone number (202) 514-7064 and/or email address  Patricia.Stewart@usdoj.gov.  and that Assistant United States Attorney Donnell Turner no longer represents the United States in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: _____

PATRICIA STEWART
Assistant United States Attorney
D.C.  Bar No. 358910
555 4th Street, N.W.  Room 4247
Washington, DC 20530
Patricia.Stewart@usdoj.gov