UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 06-32 (HHK) |
| v. | Status Hearing Date:  October 12, 2007 |
| GEORGE McKOY, | |
| Defendant. | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the Indictment in this case without prejudice.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        _____/s/_____
By:   PATRICIA STEWART
       Assistant United States Attorney
       D.C. Bar Number 358910
       555 Fourth Street, N.W., Room 4247
       Washington, D.C. 20530
       (202) 514-7064
       Patricia.Stewart@usdoj.gov