UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 06-32 (HHK) |
| v. | Status Hearing Date: October 12, 2007 |
| GEORGE McKOY, | |
| Defendant. | |

**ORDER**

UPON CONSIDERATION of the Government's Motion to Dismiss Indictment, the record herein and for good cause shown, it is this _____ day of _____ 2007,

ORDERED, that the Indictment be, and it hereby is dismissed.

_____
HENRY H. KENNEDY
United States District Judge