*Kennedy, J.*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3061**                                   **September Term, 2006**

06cr00032-01

United States of America,
    Appellant

v.

George McKoy,
    Appellee

FILED JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Filed On:**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUL 2 0 2007
CLERK

## ORDER

Upon consideration of appellant's's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                          BY: _[signature]_

                                       Mark Butler
                                       Deputy Clerk