FILED

AUG 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 06-32 (HHK) |
| v. | Status Hearing Date: October 12, 2007 |
| GEORGE McKOY, | |
| Defendant. | |

ORDER

UPON CONSIDERATION of the Government's Motion to Dismiss Indictment, the record herein and for good cause shown, it is this 16th day of August 2007,

ORDERED, that the Indictment be, and it hereby is dismissed.

HENRY H. KENNEDY
United States District Judge